**No. 09-8089. Susan V. Klat, Petitioner v. Mitchell Repair Information Company, LLC, et al.**

559 U.S. 1088, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3213.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 949, 130 S. Ct. 1531, 176 L. Ed. 2d 130, 2010 U.S. LEXIS 1444.

**No. 09-8119. Sherwood Brown, Petitioner v. United States.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3224.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 950, 130 S. Ct. 1533, 176 L. Ed. 2d 131, 2010 U.S. LEXIS 1112.

**No. 09-8135. Curtis Fuller, Petitioner v. Dave J. Burnett, et al.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3135.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 975, 130 S. Ct. 1692, 176 L. Ed. 2d 187, 2010 U.S. LEXIS 2093.

**No. 09-8198. In re Alfredo Masis Sancho, Petitioner.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3257.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 935, 130 S. Ct. 1535, 176 L. Ed. 2d 153, 2010 U.S. LEXIS 1090.

**No. 09-8200. Paul Blackmer, Petitioner v. Lawrence Blaisdell, Warden.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3268.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 977, 130 S. Ct. 1698, 176 L. Ed. 2d 190, 2010 U.S. LEXIS 2060.

**No. 09-8222. Pierre Genevier, Petitioner v. Brian DeMore.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3254.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 951, 130 S. Ct. 1537, 176 L. Ed. 2d 133, 2010 U.S. LEXIS 1404.

**No. 09-8263. Martin Walters, Petitioner v. Florida.**

559 U.S. 1089, 130 S. Ct. 2145, 176 L. Ed. 2d 762, 2010 U.S. LEXIS 3156.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 979, 130 S. Ct. 1702, 176 L. Ed. 2d 192, 2010 U.S. LEXIS 2035.